THE PEOPLE OF THE STATE OF NEW YORK ex rel. MORTON M. ROSENFELD et al., Appellants, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, et al., Respondents. [789 West End Ave., Borough of Manhattan.] — Order unanimously modified by fixing the value of the building involved herein at the sum of $250,000 and, as so modified, affirmed, with $20 costs and disbursements to the appellants. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

BRADFORD WOOLEN CORP., Plaintiff, v. ARTHUR SOHNEN, Defendant. (Action No. 1.) BRADFORD WOOLEN CORP., Plaintiff, v. NATHAN SOHNEN et al., Defendants. (Action No. 2.) BRADFORD WOOLEN CORP., Plaintiff, v. NATHAN SOHNEN et al., Defendants. (Action No. 3.) ARTHUR SOHNEN, Defendant and Third

Party Plaintiff-Respondent, v. AMEREX TRADING CORPORATION, Third Party Defendant-Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent, with leave to the third party defendant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.